```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
MARGARITA CASTILLO ABREU,           :    09 Civ. 6355 (WHP)
                       Petitioner,  :    ORDER
          -against-                 :
JULIO CESAR PIÑA VICTORIANO,        :
                       Respondent.  :
-----------------------------------X
```

WILLIAM H. PAULEY III, District Judge:

Respondent and counsel for Petitioner having appeared for an order to show cause hearing on August 3, 2009, the hearing is adjourned to August 10, 2009 at 5:00 p.m. Respondent is directed to either appear with counsel or submit a written response to the Petition at that time.

Dated: August 4, 2009
      New York, New York

                              SO ORDERED:

                              _____
                              WILLIAM H. PAULEY III
                              U.S.D.J.

-1-

*Copies mailed to:*

David Robert Owen, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
*Counsel for Petitioner*

Julio Cesar Piña Victoriano
500 Grier Avenue, Apt. 5
Elizabeth, NJ, 07202
*Respondent pro se*