```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/10/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MARGARITA CASTILLO ABREU,                : 09 Civ. 6355 (WHP)

                Petitioner,    : ORDER
    -against-                               :

JULIO CESAR PIÑA VICTORIANO,             :

                Respondent.    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Respondent having requested an adjournment of the conference on August 10, 2009, the hearing is adjourned to August 13, 2009 at 4:00 p.m. Respondent is directed to either appear with counsel or submit a written response to the Petition at that time.

Dated: August 7, 2009
       New York, New York

                            SO ORDERED:

                            WILLIAM H. PAULEY III
                            U.S.D.J.

*Copies mailed to:*

David Robert Owen, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
*Counsel for Petitioner*

Julio Cesar Piña Victoriano
500 Grier Avenue, Apt. 5
Elizabeth, NJ, 07202
*Respondent pro se*