```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
MARGARITA CASTILLO ABREU,                   :

                Petitioner,           :    09 Civ. 6355 (WHP)

    -against-                                  :    ORDER

JULIO CESAR PIÑA VICTORIANO,                :

                Respondent.           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Respondent having retained counsel in this matter, the following schedule is established:

1. The hearing scheduled for August 13, 2009 is adjourned;

2. Respondent shall file and serve his response to the Petition by August 31, 2009;

3. The Court will hold oral argument on September 8, 2009 at 3:00 p.m.; and

4. Petitioner shall file and serve her reply, if any, prior to the oral argument.

Dated: August 13, 2009
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record:*

David Robert Owen, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
*Counsel for Petitioner*

Jonathan A. Muenkel, Esq.
222 East 41st Street
New York, New York 10017-6702
*Counsel for Respondent*