UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
MARGARITA CASTILLO ABREU,                :

                          Petitioner,         :        09 Civ. 6355 (WHP)

      -against-                           :        <u>ORDER</u>

JULIO CESAR PIÑA VICTORIANO,             :

                          Respondent.         :
----------------------------------X

WILLIAM H. PAULEY III, District Judge:

       This Court, having been informed of the settlement of this matter in the District of New Jersey, directs the Clerk to release the passports being held for this matter to Jonathan A. Muenkel, Esq. of Jones Day.

Dated: October 14, 2009
       New York, New York

                                            SO ORDERED:

                                            WILLIAM H. PAULEY III
                                                U.S.D.J.

*Counsel of Record:*

David Robert Owen, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
*Counsel for Petitioner*

Jonathan A. Muenkel, Esq.
Jones Day
222 East 41st Street
New York, New York 10017-6702
*Counsel for Respondent*